UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MAR'JON DANIEL GUYTON,<br><br>                Defendant. | Case No. MJ22-060 MLP<br><br>DETENTION ORDER |

Mr. Guyton is charged with (1) two counts of distribution of fentanyl, 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (2) possession of fentanyl with intent to distribute, 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (3) unlawful possession of a firearm, 18 U.S.C. §922(g)(1).

On February 17, 2022, Mr. Guyton's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Guyton stipulated to detention.
2. Mr. Guyton poses a risk of nonappearance due to the pending charges, history of failure to appear, criminal activity and other noncompliance while under

DETENTION ORDER - 1

supervision, and because his ties to this district are unknown.

3. Mr. Guyton poses a risk of danger based on the nature of the instant offenses, a history of violence and weapons possession, and a pattern of similar criminal activity and other noncompliance while under supervision.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Guyton's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Guyton shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Guyton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Guyton is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

DETENTION ORDER - 2

\\

Dated this 18th day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3